UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 18-47363 |
| Ralph A. Robertson ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Debtor, by and through counsel, for his response to Trustee's Objection to Confirmation states to the Court as follows:

1. Debtor's Statement of Financial Affairs #2 and Missouri exemptions are correct.

2. Debtor has lived as his current residence since February, 2015.

3. Debtor was extremely nervous during the 341 Meeting and mistakenly said he moved to Missouri in February, 2017 instead of February, 2015.

WHEREFORE the Debtor prays this Court make and enter its Order and Judgment overruling Trustee's Objection to Confirmation; enters its Order and Judgment Confirming Debtors' Chapter 13 Plan; and for such other and further relief as the Court deems just and proper.

Dated this 28th day of December, 2018.

LAW OFFICE OF
MICHAEL E. DOYEL, LLC

By: /s/ Michael E. Doyel
Michael E. Doyel
FedBar #42478MO
MOBar #42478
10820 Sunset Office Drive
Suite 124
St. Louis, MO 63127
314-909-9909

314-909-6626 Fax<br>
medoyel@stlouis-law.net

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 28, 2018 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronically Mail Notice List.


/s/ Michael E. Doyel