UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re :                                )
                                       )    Case No. 18-47363
Ralph A. Robertson,                    )    Chapter 13
                                       )
        Debtor.                        )

### DEBTOR'S MOTION TO SET ASIDE DISMISSAL OF CHAPTER 13

COMES NOW, Debtor, Ralph A. Robertson, by and through counsel, and in support of his Motion to Set Aside Dismissal states to the Court as follows:

1. Debtor filed his Chapter 13 on November 19, 2018.

2. Debtor's first plan payment in the amount of $700.00 was due on December 19, 2018.

3. Debtor's case was dismissed on January 3, 2019 for failure to make plan payments.

4. Debtor paid $700.00 via epay that was posted by the Trustee on January 3, 2019.

5. Debtor was current on his plan payments at the time of dismissal.

6. Debtor paid $700.00 via epay on January 23, 2019.

7. As of the time of filing this Motion, Debtor is current on his Chapter 13 plan payments.

WHEREFORE, the Debtor respectfully requests that the Order dismissing the case dated January 3, 2019 be set aside; that the above referenced Chapter 13

case be reinstated retroactive to the date and time of dismissal; and for such other and further relief that the Court deems just and proper.

                        LAW OFFICE OF
                        MICHAEL E. DOYEL, LLC

By:/s/ Michael E. Doyel
Michael E. Doyel
Attorney for Debtors
MoBar #42478
FedBar #42478MO
10820 Sunset Office Drive, Suite 124
St. Louis, MO 63127
314-909-9909
314-909-6626 fax
mike@doyellaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 23, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronically Mail Notice List.

/s/ Michael E. Doyel