## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Case No: 18-47363-659  Chapter 13** |
| | ) | |
| **RALPH A ROBERTSON** | ) | |
| | ) | |
| | ) | |
| **Debtor** | ) | |
| | ) | |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

    **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated January 31, 2019, to claim 6 filed on behalf of HOME POINT FINANCIAL CORP.

Dated: February 04, 2019

WDOCLM--SJC

/s/ Diana S. Daugherty, Chapter 13 Trustee

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on February 04, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 04, 2019.

RALPH A ROBERTSON
1226 GLENMEADE DR
MARYLAND HEIGHTS, MO  63043

HOME POINT FINANCIAL CORP
11511 LUNA RD
STE 300
FARMERS BRANCH, TX  75234

SOTTILE & BARILE LLC
394 WARDS CORNER RD
STE 180
LOVELAND, OH  45140

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee