UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| RALPH A. ROBERTSON, ) | Case No. 18-47363-659 |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## ORDER AND NOTICE

### TO:  ALL CREDITORS AND PARTIES IN INTEREST

On January 4, 2019, this Court entered an Order dismissing this Chapter 13 case for the Debtor's failure to make plan payments.  On January 23, 2019, Debtor filed a Motion to Set Aside Dismissal of Chapter 13.  On January 28, 2019, the Trustee filed Trustee's Response to Debtor's Motion to Reinstate Case and Set Aside Dismissal indicating that the Trustee consents to the Motion. Upon consideration and review of the record in this case,

**IT IS ORDERED THAT** the Debtor's Motion to Set Aside Dismissal of Chapter 13 is **GRANTED**, in that this Court's Order of January 4, 2019, is set aside in its entirety, and this case and the stays of 11 U.S.C. Section 362 are hereby reinstated and any reinstatement fees waived; and

**IT IS FURTHER ORDERED THAT** all applications filed under Section 503(b) and approved after the date of dismissal of this case and before the date of this Order, are hereby set aside, provided the Trustee has not previously paid such claims; and

**IT IS FURTHER ORDERED THAT** any previous Order to the Debtor's employer(s) to deduct certain amounts from wages and pay over to the Trustee is reinstated; and

**IT IS FURTHER ORDERED THAT** the Chapter 13 Confirmation Hearing is reset on **March 21, 2019 at 11:00 a.m.** in Bankruptcy Courtroom Seven North, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, 7th Floor, St. Louis, Missouri.

*Kathy A. Surratt-States*
_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: February 4, 2019
St. Louis, Missouri