**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Ralph Robertson, | ) | |
| | ) | Case No. 18-47363 |
| | ) | Chapter 13 |
| Debtor(s) | ) | RE: Objection to Claim #6 |
| | ) | Home Point Financial Corp. |
| | ) | Amount: $142,251.44 |
| | ) | |

**DEBTOR'S OBJECTION TO CLAIM #6 OF HOME POINT FINANCIAL CORP.**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE SUSTAINED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE OBJECTION AND HAVE REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Debtor, by and through his attorney, and for his objection to Home Point Financial Corp's Proof of claim, states as follows:

1. Debtor filed his bankruptcy petition on or about November 19, 2018, as case #18-47363.

2. Home Point Financial Corp, (hereinafter "Home Point")  filed a secured claim [claim 6] in the amount of $142,251.44.

3. The Debtor states that the home at 230 Eastbrook Road, Belleville, IL 62221, has been foreclosed, prior to the filing of this case.

1

WHEREFORE Debtor prays the Court will enter its order sustaining this objection and deny the claim in its entirety.

Respectfully Submitted,

/s/ Michael E. Doyel
Attorney for Debtor
MoBar #42478
EDMO #422478MO
10820 Sunset Office Drive,
Suite 124
St. Louis, MO 63127
314-909-9909
314-909-6626 fax
medoyel@stlouis-law.net

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 9, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronically Mail Notice List.

/s/ Michael E. Doyel

**Diana Daugherty**
PO Box 430908
St. Louis, MO  63143
CHAPTER 13 TRUSTEE


I certify that a true and correct copy of the foregoing document was filed electronically on April 9, 2019 with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties on the Court's Manual Notice List and listed below on April 9, 2019.

/s/ Michael E. Doyel

| **Home Point Financial Corp.** | **Sottile & Barile, LLC** |
|---|---|
| 11511 Luna Road, Ste. 300 | 394 Wards Corner Road, Ste. 180 |
| Farmers Branch, TX  75234 | Loveland, OH  45140 |
| CREDITOR | ATTORNEYS FOR CREDITOR |

2