# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No. 18-47363-659** |
| **RALPH A. ROBERTSON** | ) |
| **Debtor,** | ) |
| | ) **Chapter 13** |
| **HOME POINT FINANCIAL CORPORATION** | ) |
| | ) |
| **Respondent.** | ) **DOCKET NO. _____** |
| | ) |

## RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM #6-2

**COMES NOW,** Home Point Financial Corporation, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Respondent"), by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Martin Leigh PC and in response to the Debtor's Objection to Proof of Claim #6-2 states as follows:

1. The Debtor has objected to Respondent's claim on the basis that the real property located at 230 Eastbrook Road, Belleville, IL 62221 was foreclosed upon prior to the filing of instant case.

2. Upon information and belief, the real property was not foreclosed upon.

**WHEREFORE**, Respondent respectfully requests that this Court deny the Debtor's objection, allow Respondent's claim as filed, and for such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

MARTIN LEIGH PC

s/ Melinda J. Maune
Melinda J. Maune, #49797MO, mjm@martinleigh.com
Amy Tucker Ryan, #49047MO, atr@martinleigh.com
2405 Grand Blvd., Suite 410
Kansas City, Missouri 64108
Telephone:   (816) 221-1430
Fax:              (816) 221-1044
ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 17th day of April, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on the 17th day of April, 2019:

Ralph A. Robertson
1226 Glenmeade Dr
Maryland Heights, MO 63043

/s/ Melinda J. Maune
Melinda J. Maune, Attorney for Creditor