## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Ralph Robertson, | ) | Case No. 18-47363-659 |
| | ) | Chapter 13 - Doc.. 52 |
| | ) | Order on Amended Objection |
| Debtor. | ) | to Claim #6 |

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Objection to this Claim in accordance with applicable Bankruptcy Rules, have been served with the foregoing objection, that more than 21 days have passed since the service of Debtor's objection. By consent of the parties, the Movant and the Creditor agree that the claim should be allowed, but should be paid as a non-priority unsecured creditor.   Movant requests the Court enter the proposed order below, which supercedes any prior proposed order.

Dated: 7/01/2019         /s/ Michael E. Doyel
                         Attorney for Debtor
                         MoBar #42478
                         EDMO #42478MO
                         10820 Sunset Office Drive, Ste 124
                         St. Louis, MO 63127
                         314-909-9909
                         314-909-6626 fax
                         medoyel@stlouis-law.net

### ORDER

Upon Debtor's amended objection to the Claim of Home Point Financial., [doc 52],  for good cause shown, IT IS ORDERED that Debtor's Amended Objection is SUSTAINED; and  IT IS FURTHER ORDERED that claim number 6 in the amount of $142,251.44 shall be allowed and paid as a non-priority general unsecured debt.

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  July 8, 2019
St. Louis, Missouri

rjb

Order prepared by:

Michael E. Doyel
10820 Sunset Office Drive, Ste. 124
St. Louis, MO 63127

Copies to:

**Diana Daugherty**
P.O. Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE

**U.S. Trustee**
111 S. 10th Street, Ste. 6353
St. Louis, MO 63102
US TRUSTEE

**Ralph Robertson**
1226 Glenmeade Drive
Maryland Heights, MO 63043
DEBTOR

**Home Point Financial Corp.**
11511 Luna Road, Ste. 300
Farmers Branch, TX 75234
CREDITOR

**Martin Leigh, PC**
Melinda J. Maune, Esq.
2405 Grand Blvd., Suite 410
Kansas City, Missouri 64108
ATTORNEY FOR CREDITOR

**Sottile & Barile, LLC**
394 Wards Corner Road, Ste. 180
Loveland, OH 45140
ATTORNEYS FOR CREDITOR